JS - 6

FILED: 7/23/14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROCCA,<br><br>            Plaintiff,<br><br>   vs.<br><br>SUN COAST VENTURES, et al<br><br>            Defendants. | **CASE NO. SA CV 14-905 GHK (DFMx)**<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **SIXTY (60) DAYS**, to reopen the action if settlement is not consummated.

DATED:   7/23/14

GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE